# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Raul Dorado

                    Plaintiff,

v.                                           Case No.: 1:21−cv−06174

                                              Honorable Edmond E. Chang

Daly, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 11, 2024:

      MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Court inquired about settlement status. In Dorado (21 C 6174), Defendant sent an updated settlement position to Plaintiff's counsel needs time to discuss updated letter with Plaintiff. Court inquired about additional discovery if case does not settle. In Dorado (21 C 6174), Plaintiff's counsel believes written discovery has been completed but counsel will confirm; if so, counsel believes parties can move to depositions. Plaintiff's counsel stated Plaintiffs will need approximately 10 depositions in each case, Centeno (21 C 3315) and Dorado (21 C 6174). In Henze (21 C 3298), Plaintiff seeking a low bunk permit and Defendants believe case is in early stages. Joint status report for all three cases due 5/7/24. Court stated it is not inclined to allow additional written discovery absent a compelling reason given the age of the cases, but Court will review docket of each case to make that determination after it receives the 5/7/24 status report. Court's goal is to get all three cases on the same track. If the parties want to issue supplemental written discovery, the parties shall state in the joint status report the number of additional discovery requests and interrogatories they seek, the subject matter of those, and the reason for the additional discovery. Regarding the toilet issue in Dorado (21 C 6174) and Centeno (21 C 3315), the Court indicated depositions should proceed on a coordinated basis to avoid duplicative effort. With respect to Henze (21 C 3298), the Court noted there may need to be additional depositions. Status hearing set for 5/9/24 at 1:30 p.m. Parties should be prepared to discuss details of discovery at the status hearing. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.