# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

|  |  |
|---|---|
| Plaintiff, |  |
| v. | Case No.: 1:21–cv–06174 |
|  | Honorable Edmond E. Chang |
| Daly, et al. |  |
| Defendant. |  |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 23, 2024:

      MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Parties did not file a joint status report with deposition schedule, as directed. Settlement discussions are occurring with IDOC and individual defendants in 3298 and 3315. Wexford is not interested in pursuing settlement. Status hearing set for 8/27/24 at 9:15 a.m. Joint status report to be filed by 8/23/24 setting forth one of three things: a firm deposition schedule; an indication that the parties have reached resolution; or that the parties request a settlement conference. If the parties request a settlement conference, the Court will schedule one, but a firm deposition schedule must be included in the joint status report. As to written discovery on 3315, IDOC has received responses. As to 3298, Centeno's unopposed oral motion to extend date to respond to outstanding Henze discovery requests to 8/2/24 is granted. As to 3315, IDOC's unopposed oral motion to extend date by which to respond to Centeno's discovery requests to 8/2/24 is granted. Discussion held as to non–party subpoenas. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.