**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

|  |  |
|---|---|
| Plaintiff, | |
| v. | Case No.: 1:21−cv−06174 |
| | Honorable Edmond E. Chang |
| Daly, et al. | |
| Defendant. | |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 27, 2024:

MINUTE entry before the Honorable M. David Weisman: Magistrate hearing held. Plaintiff's counsel indicated that defense counsel was non−responsive in terms of coordinating depositions and the joint status report. Stateville is closing as of 9/30/24, which may affect the Plaintiff's deposition. Parties do not know where the incarcerated individuals will be sent. In light of unknowns regarding closure of Stateville, deadline for Plaintiff's deposition will be extended. Defendant Henze deposition to occur after Plaintiff's deposition without objection and for the reasons stated on the record. Plaintiff hopes that all three cases can be settled, but she has experienced roadblocks in discussions with changing defense counsel and communicating with her client. IDOC counsel indicated that settlement remains a possibility. Discussion held as to Plaintiff's proposed dates for depositions; IDOC counsel indicated all proposed dates work for IDOC and individual IDOC defendants. On 9/12/24, parties shall file a joint status report as to service and representation of non−parties and a proposed schedule for close of depositions for parties and non−parties, with a breakdown between Plaintiff and Defendants; no dates in 2025 are permitted. Depositions shall be scheduled to be completed by 12/15/24. On 9/19/24, parties shall file a joint status report on settlement, which may be filed under seal. Status hearing set for 9/26/24 at 10:30 a.m. with the possibility the hearing being converted to a settlement conference with counsel only needing to attend. Counsel shall be prepared to discuss settlement amounts and the parties' positions on settlement. Any deadline for depositions to be completed by 9/30/24 (21cv3315, Dkt. #113) is stricken. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.